**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-01246-CMA-MEH

ROBERT DALPHONSE,

    Plaintiff,

v.

PROGRESSIVE DIRECT INSURANCE COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

    This matter is before the Court on the parties' Stipulated Motion To Dismiss With Prejuduce (Doc. # 14). The Court having considered the Stipulation, hereby

    ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and attorneys' fees.

    DATED: October __14__, 2009

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge